NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICKY A. WILDMAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7058

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3286, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Ricky A. Wildman moves for a 60-day extension of time, until May 18, 2012, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 1 6 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Daniel Rabinowitz, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 1 6 2012**

**JAN HORBALY**
**·    CLERK**